UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:22-cr-00117-JRS-TAB |
| | ) | |
| TYLER E. JOHNSON, | ) | -01 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE

Notice is hereby given by the United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Patrick G. Gibson, Assistant United States Attorney, that the United States will not pursue judicial forfeiture in this criminal case of the following property because it is not in the custody of federal law enforcement:

- $7,612.00 United States Currency[1]

The United States' intent regarding forfeiture may change if factual or legal circumstances change.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:    s/ Patrick G. Gibson
Patrick G. Gibson
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333
Email: patrick.gibson@usdoj.gov

---

[1] The funds were forfeited by the State of Indiana under Cause Number 49D12-2203-MI-009349.

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, a copy of the foregoing NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/  Patrick G. Gibson
Patrick G. Gibson
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333
Email: patrick.gibson@usdoj.gov