UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00117-JRS-TAB |
| | ) | |
| TYLER E JOHNSON, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Counsel's Motion to Withdraw Appearance. [Dkt. 50.] The Court, being duly advised, hereby **GRANTS** the motion. The appearance of Joseph M. Cleary on behalf of Defendant is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated: 8 SEP 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.